UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 14-21-DLB-CJS-1

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

GERALD GIBBS                                                               DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the January 2, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 167), wherein she recommends that Defendant's Motion for Return of Seized Property pursuant to Federal Rule of Criminal Procedure 41(g) (Doc. # 158) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 167) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion for Return of Seized Property pursuant to Federal Rule of Criminal Procedure 41(g) (Doc. # 158) is hereby **denied.**

1

This 3rd day of January, 2019.



Signed By:
David L. Bunning   DB
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2014\14-21 Order Adopting R&R DE 167.docx